FILED

Dec 27 2021

Mark B. Busby
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN FRANCISCO

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308029)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6938
    Fax: (415) 436-7234
    Lauren.Harding@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>WILMER ARTEAGA,<br><br>    Defendant. | CASE NO. 3:21-mj-72026 MAG<br><br>PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br>**UNDER SEAL** |

TO:     The Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District of California

    Assistant United States Attorney LAUREN M. HARDING respectfully requests that the Court issue a Writ of Habeas Corpus Ad Prosequendum for the person of prisoner WILMER ARTEAGA, whose place of custody or jailor are set forth in the requested Writ, attached hereto.

    The prisoner, WILMER ARTEAGA, is required to appear as a defendant in the above-entitled matter in this Court on the date identified in the writ and for all future hearings, and therefore petitioner prays that the Court issue the Writ as presented.

/

/

| | |
|---|---|
| 1    Dated: December 27, 2021 | Respectfully Submitted, |
| 2 | |
| 3 | STEPHANIE M. HINDS<br>United States Attorney |
| 4 | /s/ *Lauren M. Harding* |
| 5 | LAUREN M. HARDING<br>Assistant United States Attorney |

PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-mj-72026 MAG

STEPHANIE M. HINDS (CABN 154284)
United States Attorney

THOMAS A. COLTHURST (CABN 99493)
Chief, Criminal Division

LAUREN M. HARDING (CABN 308029)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6938
    Fax: (415) 436-7234
    Lauren.Harding@usdoj.gov

Attorneys for United States of America

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> WILMER ARTEAGA, <br><br> Defendant. | CASE NO. 3:21-mj-72026 MAG <br><br> [~~PROPOSED~~] ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM <br><br> **UNDER SEAL** |

Upon motion of the United States of America, and good cause appearing therefore,

IT IS HEREBY ORDERED that the request of the United States for issuance of the Writ of Habeas Corpus Ad Prosequendum requiring the production of defendant WILMER ARTEAGA, before this Court on the date stated in the Writ submitted, or as soon thereafter as practicable, and requiring that the defendant be present for all future hearings, is granted and the Writ shall be issued as presented.

DATED: December 27, 2021

                                        Hon. THOMAS S. HIXSON
                                        United States Magistrate Judge

# WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: **DONALD M. O'KEEFE, United States Marshal for the Northern District of California** and/or any of his authorized deputies **and SAN FRANCISCO COUNTY JAIL #3 – SAN BRUNO COMPLEX.**

Pursuant to the foregoing petition and order, you are directed to produce the body of WILMER ARTEAGA, who is in the custody of **the San Francisco County Jail #3 – San Bruno Complex** (formerly known as County Jail #5), before the Honorable THOMAS S. HIXSON, United States Magistrate Judge for the Northern District of California, located at the San Francisco Federal Courthouse, located at 450 Golden Gate Avenue, 15th Floor, Courtroom C, San Francisco, California 94102, on January 4, 2022 at noon, or as soon thereafter as practicable, on the charges filed against defendant in the above-entitled Court and further to produce said defendant at all future hearings as necessary until the termination of the proceedings in this Court.

Should the current custodian release WILMER ARTEAGA from its custody, you are directed that the defendant immediately be delivered and remanded to the U.S. Marshals for the Northern District of California and/or his authorized deputies under this Writ.

DATED: 12/27/2021

Mark B. Busby
CLERK, UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

By: *Mark J. Jenkins*
DEPUTY CLERK   Mark J. Jenkins

WRIT OF HABEAS CORPUS AD PROSEQUENDUM
CASE NO. 3:21-mj-72026 MAG